UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LUIS RODRIGUEZ LINARES, <br><br> Defendants. | Case No.  1:08-cr-00025-DAD-2 <br><br> ORDER GRANTING THE GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT AND RECALL WARRANT PURSUANT TO FED. R. CRIM. PROC. 48 (a) <br><br> (Doc. No. 91 ) |

Due to the age of this case and in the interest of justice, the government's motion to dismiss the indictment and recall the warrant as to the above named defendant is GRANTED.

IT IS SO ORDERED.

Dated:   **March 8, 2016**

_____
UNITED STATES DISTRICT JUDGE